# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

FRANK CEPEDA, JR.,

      Plaintiff,

vs.

TEREX CORPORATION,
a foreign corporation,
TEREX USA, LLC, a foreign limited
liability company; and
TEREX UTILITIES, INC., a foreign
corporation,

      Defendants.

Case No. 2:19-cv-02084-DDC-TJJ

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW plaintiff, Frank Cepeda, by and through counsel of record, Bradley A. Pistotnik and J. Corey Sucher of Brad Pistotnik Law, P.A., and defendants Terex Corporation, Terex USA, LLC and Terex Utilities, Inc., by and through counsel of record, Brian G. Boos and Penny A. Calhoun of Wallace Saunders, Chartered, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above matter has been resolved and shall be dismissed with prejudice, with each party to bear their own costs.

Respectfully and jointly submitted:

BRAD PISTOTNIK LAW, P.A.

By: */s/ J. Corey Sucher*
J. Corey Sucher, SCt #27789
10111 E. 21st Street North, Suite 204
Wichita, KS 67206
(316) 684-4400
Fax: (316) 684-4405
brad@bradpistotniklaw.com
corey@bradpistotniklaw.com

*Attorneys for Plaintiff*

101769665.v1

*CEPEDA, JR. V. TEREX CORPORATION, ET AL.*
U.S.D.C. FOR THE DISTRICT OF KANSAS, CASE NO. 2:19-cv-02084-DDC-TJJ
*STIPULATION OF DISMISSAL*

          WALLACE SAUNDERS, Chartered

          By: /s/ Brian G. Boos
          Brian G. Boos, SCt #13714
          bboos@wallacesaunders.com
          10111 W. 87th Street
          Overland Park, KS  66212
          (913) 888-1000
          Fax: (913) 888-1065

          and

          By: /s/ Penny A. Calhoun
          Penny A. Calhoun, SCt #25903
          pcalhoun@wallacesaunders.com
          WALLACE SAUNDERS, Chartered
          400 O.W. Garvey Center
          200 West Douglas
          Wichita, KS 67202
          (316) 219-8308
          Fax: (316) 269-2479

          *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of October 2019 I electronically filed the foregoing Stipulation of Dismissal With Prejudice using the CM/ECF system, which will send electronic notice filing to all attorneys entered in the case.

          */s/ J. Corey Sucher*
          J. Corey Sucher, SCt #27789